```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DEIDRE MANNS,                           :    21cv11154 (DLC)
                                        :
                        Plaintiff,      :    ORDER
                                        :
            -v-                         :
                                        :
ADRIENNE HARRIS, in her capacity as     :
former Superintendent, New York State   :
Department of Financial Services, et    :
al.,                                    :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. On March 24, 2022 the above captioned case was referred to Magistrate Judge Ona T. Wang for general pretrial purposes. Accordingly, it is hereby

ORDERED that the general pretrial referral is vacated.

IT IS FURTHER ORDERED that the plaintiff shall promptly file an Affidavit of Service on ECF.

IT IS FURTHER ORDERED that the plaintiff shall, **by April 22, 2022,** file on ECF a text searchable version of the Amended Complaint of March 25, 2022. The Amended Complaint, filed on ECF, is not in text searchable format. Pursuant to Rule 23.3 of this district's ECF Rules & Instructions (updated February 1,

2021), documents filed by parties on the ECF system must be in text searchable format.

IT IS FURTHER ORDERED that a telephonic initial pretrial conference shall be held on **June 2, 2022 at 1:30 p.m.**  The attorney who will serve as principal trial counsel must participate in the conference.  The parties shall use the following dial-in credentials for the conference.

```
Dial-in:       888-363-4749
Access code:   4324948
```

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference, and to prepare and file a detailed written proposed schedule for any motions and discovery.

IT IS FURTHER ORDERED that requests for adjournment shall be made no later than <u>four</u> business days before the conference and shall be made in a letter filed on ECF in accordance with the S.D.N.Y. Electronic Case Filing Rules and Instructions.  The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available.  Unless counsel are notified that the

conference has been adjourned it will be held as scheduled.

Dated:  New York, New York
        April 15, 2022

>                                    _____
>                                           DENISE COTE
>                                    United States District Judge