```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
DEIDRE MANNS,                            :          21cv11154 (DLC)
                                         :
                        Plaintiff,       :              ORDER
                                         :
              -v-                        :
                                         :
ADRIENNE HARRIS, in her capacity as      :
former Superintendent, New York State    :
Department of Financial Services, et     :
al.,                                     :
                                         :
                        Defendants.      :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of April 15, 2022 vacated the referral in the above captioned case to Magistrate Judge Ona T. Wang for general pretrial purposes and set a telephonic initial pretrial conference date of June 2 at 1:30 p.m.  The April 15 Order instructed the plaintiff to promptly file an Affidavit of Service and filed a text searchable version of the Amended Complaint of March 25, 2022.  The plaintiff has not done so.

On April 26, Judge Wang entered a memo endorsement.  It is hereby

ORDERED that to the extent that Judge Wang's endorsement of April 26 set a conference date of May 24, the Order is vacated.

IT IS FURTHER ORDERED that by **April 29, 2022,** the plaintiff shall file an Affidavit of Service on ECF and file on ECF a text

searchable version of the Amended Complaint pursuant to Rule

23.3 of this district's ECF Rules & Instructions.

Dated:    New York, New York
          April 26, 2022

_____
                    DENISE COTE
          United States District Judge