```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    21cv11154 (DLC)
DEIDRE MANNS,                         :
                                      :         ORDER
                          Plaintiff,  :
                                      :
            -v-                       :
                                      :
ADRIENNE HARRIS, in her capacity as   :
former Superintendent, New York State :
Department of Financial Services, et  :
al.,                                  :
                                      :
                         Defendants.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received on May 27, 2022, a letter from defendants' counsel, it is hereby

ORDERED that the initial pretrial conference scheduled for June 2, 2022 at 1:30 p.m. is rescheduled to **Friday, July 15 at 1:00 p.m.** The parties shall use the dial-in information provided in the Order of April 15.

Dated:    New York, New York
          May 27, 2022

                                    _____
                                              DENISE COTE
                                    United States District Judge