```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
DEIDRE MANNS,                            :
                                         :
                      Plaintiff,         :    21cv11154 (DLC)
                                         :
            -v-                          :         ORDER
                                         :
ADRIENNE HARRIS, in her capacity as      :
former Superintendent, New York State    :
Department of Financial Services, et     :
al.,                                     :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On July 14, 2022, defendants filed a motion to dismiss the plaintiff's amended complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. It is hereby

ORDERED that the plaintiff shall file any amended complaint by **August 4, 2022**. It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition by **August 4, 2022**. Defendants' reply, if any, shall be filed by **August 18, 2022**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion

2

papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         July 14, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge