THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEIDRE MANNS,<br><br>          Plaintiff,<br><br>     v.<br><br>ADRIENNE HARRIS, Superintendent, New York State Department of Financial Services; the NEW YORK STATE DEPARTMENT of FINANCIAL SERVICES, AUGUST D'AURELI; FRANK ORLANDO; ANGELO M. CARBONE; SEAN M. RALPH; JOSEPH MEDINA; RALPH BURCH; ARTHUR MASINSKI; APRIL P. LAMBERT; and TAMATHA JEROME, in their individual and official capacities,<br><br>          Defendants. | Case No. 21-cv-11154 (DLC) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, through her undersigned counsel, hereby gives notice that the above-captioned action is dismissed, without prejudice, against Defendants Adrienne Harris, the New York State Department of Financial Services, August D'Aureli, Frank Orlando, Angelo M. Carbone, Sean M. Ralph, Joseph Medina, Ralph Burch, April P. Lambert, Arthur Masinski, and Tamatha Jerome, pursuant to Rule 4l(a) of the Federal Rules of Civil Procedure.

Dated: November 7, 2022
        New York, New York                    Respectfully submitted,

                                              By: _____
                                                   *Chauniqua Young* (signature)

**OUTTEN & GOLDEN LLP**
Chauniqua D. Young
Nina R. Frank
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

- 2 -

*Attorneys for Plaintiff*